UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DENNIS PELLICCI, DENE PELLICCI

*Plaintiffs*

v.                                    Case No. _____

PELICAN LANDING COMMUNITY
ASSOCIATION, INC.,

*Defendant*
_____/

## COMPLAINT AND DEMAND FOR A JURY TRIAL
## PRELIMINARY STATEMENT

Plaintiffs, DENNIS PELLICCI AND DENE PELLICCI, bring the instant action against Defendant, PELICAN LANDING COMMUNITY ASSOCIATION, INC., for violations of the Federal Fair Housing Act and Florida Fair Housing Act for a discriminatory housing practice in Lee County, Florida. Plaintiffs allege that Defendant violated the preceding civil rights statutes by failing to accommodate DENNIS PELLICCI's disability in denying a request for a reasonable modification to allow improvements to Plaintiffs' property that would house a modified van equipped to carry DENNIS PELLICCI's wheelchair on the roof of the vehicle and which would house a fulltime caregiver. As a result of the unlawful conduct, Plaintiffs have suffered damages for which they seek damages.

1

## PARTIES

1.    Plaintiff, DENNIS PELLICCI, is a natural person who resides in the State of Florida.

2.    Plaintiff, DENE PELLICCI, is a natural person who resides in the State of Florida and is the wife of DENNIS PELLICCI.

3.    Defendant, PELICAN LANDING COMMUNITY ASSOCIATION, INC. ("PELICAN LANDING"), is a not-for-profit corporation organized under the State of Florida that has its principal place of business at 24501 Walden Center Drive, Bonita Springs, FL 34134. PELICAN LANDING is a Homeowners Association as defined under Chapter 720, Florida Statutes.

## JURISDICTION AND VENUE

4.    Jurisdiction is proper in the United States District Court, Middle District of Florida pursuant to 28 U.S.C. § 1331 on the grounds that the instant action arises under the laws of the United States.

5.    Venue is proper in the Middle District of Florida on the grounds that the events giving rise to the complaint relate to the real property located in Bonita Springs, Florida.

## ALLEGATIONS COMMON TO ALL COUNTS

6.    Plaintiffs, DENNIS PELLICCI AND DENE PELLICCI are Co-Trustees of the Dennis and Dene Pellicci Revocable Trust that holds the property

identified as 3450 Twinberry Court, Bonita Springs, FL 34134, a property subject to the restrictions of PELICAN LANDING ("Property"). See, Exhibit "A" attached hereto and made a part hereof.

7. The Property is subject to the governing documents of the Association, namely the Amended and Restated Declaration and General Protective Covenants for Pelican Landing recorded in Official Records Book 2198, Pages 1873, *et seq.*, and the Ninth Supplement to the Declaration of General Protective Covenants for Pelican Landing (Unit Nine – Lakemont) recorded in Official Records Book 2313, Pages 4073, *et seq.*, both in the Public Records of Lee County, Florida.

8. Plaintiff, DENNIS PELLICCI, suffers from physical muscular impairments that substantially limit one or more major life activities, including without limitation, walking, running, jumping, and other physical activities. Mr. Pellicci's disability is degenerative and progressive, for which there is presently no cure.

9. Plaintiff, DENNIS PELLICCI is fully disabled and requires an electronic wheelchair to move about. He also requires a fulltime caregiver as his wife is not able to provide assistance with all activities of daily living.

10.     On or about September 7, 2021, Plaintiffs submitted a request for reasonable modification to the Property for an additional heightened garage to allow for Mr. Pellicci's modified van which carries an electric wheelchair on top of the vehicle and lowers the wheelchair to the driver side door electronically, and a

3

second story living space for a 24/7 healthcare worker to live on the Property and attend to DENNIS PELLICCI's medical needs ("Request"). See, Composite Exhibit "B" attached hereto and made a part hereof.

11.    On or about October 18, 2021, PELICAN LANDING notified DENNIS PELLICCI that the Plaintiffs' Request had been tabled by the Design Review Committee ("DRC") on October 15, 2021, over concerns with setbacks. The DRC requested revised plans to be submitted "prior to 5:00 PM on the Thursday before to the meeting," which was scheduled for Thursday, November 11, 2021, at 9:00 AM. See, Exhibit "C" attached hereto and made a part hereof.

12.    On or about November 12, 2021, PELICAN LANDING, through its legal counsel, notified Plaintiffs that it was engaging in the interactive process in order to obtain sufficient information to review Plaintiffs' Request. PELICAN LANDING requested documentation from a medical professional addressing the issues raised in its correspondence and an opinion from the medical professional as to why proposed alternatives were not feasible. See, Exhibit "D" attached hereto and made a part hereof.

13.    Thereafter, the Plaintiffs, through the undersigned legal counsel, submitted various requests for further information and clarification on how to proceed.

14.     On or about January 5, 2022, PELICAN LANDING had yet to provide a notice of approval or disapproval of Plaintiffs' Request. Plaintiffs notified PELICAN LANDING, through their undersigned legal counsel, that they wanted to proceed with construction.

15.     On or about January 10, 2022, PELICAN LANDING had yet to provide a notice of approval or disapproval of Plaintiffs' Request. Plaintiffs notified PELICAN LANDING that the lack of substantive response was very close to constituting a denial of Plaintiffs' Request.

16.     On or about March 24, 2022, Plaintiffs, through their undersigned legal counsel, provided PELICAN LANDING with a note from DENNIS PELLICCI's treating physician and further information from Plaintiffs' contractor concerning the setbacks cited by the Defendant in prior correspondence. See Composite Exhibit "E" attached hereto and made a part hereof.

17.     To date, Defendant has failed to approve or disapprove the Request submitted by the Plaintiffs on or about September 7, 2021. Over seven months have passed since the Plaintiffs' initial Request and DENNIS PELLICCI's condition is deteriorating as time goes by.

18.     Defendant contends that incorporating Plaintiffs' plans to increase the height of the existing garage is a viable alternative to Plaintiffs' Request.

19.     Plaintiffs have recently re-roofed their entire home and Defendant's proposed alternative would require removing the new roof to incorporate the two-story addition and heightened garage to the existing home. Defendant's proposed alternative would then require Plaintiffs to re-roof their entire home again. The expense associated with re-roofing the entire structure makes Defendant's proposal cost prohibitive.

20.     Defendant has not offered nor agreed to pay the increase in cost associated with Defendant's more costly proposed alternatives.

21.     There are no viable alternatives to Plaintiffs' Request which would allow for Plaintiffs' modified van to fit into a garage and allow for an attached separate living space for DENNIS PELLICCI's caregiver or healthcare worker.

## COUNT I – PELICAN LANDING VIOLATION OF FEDERAL FAIR HOUSING ACT

22.     Plaintiffs repeat and re-allege paragraphs 1 through 21 of the Complaint as if fully set forth herein.

23.     Pursuant to 42 U.S.C. § 3604, it is unlawful for a housing provider to discriminate in the sale or rental, or to otherwise make unavailable or deny, a dwelling to any buyer or renter because of a handicap of the buyer or renter.

24.     Plaintiff, DENNIS PELLICCI, has physical impairments that substantially limit one or more major life activities, including but not limited to

walking. Mr. Pellicci's disabilities are obvious and permanent requiring the use of electronic medical equipment, including an electronic wheelchair.

25.     As set forth in paragraphs 1 through 21 of the Complaint, PELICAN LANDING has violated the Federal Fair Housing Act by refusing to allow a reasonable modification to the premises, when such modification is necessary to afford Plaintiffs an equal opportunity to use and enjoy the Property.

26.     As set forth in paragraphs 1 through 21 of the Complaint, PELICAN LANDING has violated the Federal Fair Housing Act by refusing to allow a reasonable accommodation to rules, policies, and architectural guidelines to allow Plaintiffs to install a reasonable modification that would: (i) house DENNIS PELLICCI's modified van which carries his electrical wheelchair on top of the van and lowers it to the driver side door electronically, and (ii) house DENNIS PELLICCI's caregiver or healthcare worker in a separate, yet attached, living space for 24/7 medical attention.

27.     As set forth in paragraphs 1 through 21 of the Complaint, PELICAN LANDING has violated the Federal Fair Housing Act by discriminating against Plaintiffs by reason of DENNIS PELLICCI's disability.

28.     PELICAN LANDING has caused an undue delay by failing to provide a substantive response to the Request, allowing more than seven months to

go by from Plaintiffs' submission of the initial Request without a notice of approval or disapproval.

29.    As a result of PELICAN LANDING's discriminatory housing practices, Plaintiffs have suffered damages, including but not limited to emotional distress, costs associated with contractors, and other damages that will be proven at trial.

## COUNT II – PELICAN LANDING VIOLATION OF FLORIDA FAIR HOUSING ACT

30.    Plaintiffs repeat and re-allege paragraphs 1 through 21 of the Complaint as if fully set forth herein.

31.    Pursuant to Section 760.23(2), Florida Statutes:

"It is unlawful to discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, national origin, sex, handicap, familial status, or religion."

32.    Further, pursuant to Section 760.23(7), Florida Statutes:

"It is unlawful to discriminate in the sale or rental of, or to otherwise make unavailable or deny, a dwelling to any buyer or renter because of a disability of:

(a)    That buyer or renter;

(b)    A person residing in or intending to reside in the dwelling after it is sold, rented, or made available; or

(c)    Any person associated with the buyer or renter."

33.    PELICAN LANDING unlawfully discriminated against Plaintiffs by failing to allow a reasonable modification to the premises occupied by DENNIS PELLICCI, at the Plaintiffs' expense, when such modification is necessary to afford Plaintiffs an equal opportunity to use and enjoy the Property.

34.    PELICAN LANDING unlawfully discriminated against Plaintiffs by failing to make a reasonable accommodation for DENNIS PELLICCI's disability, and unlawfully discriminating against Plaintiffs on the basis of DENNIS PELLICI's disability.

35.    As a result of PELICAN LANDING's violations of Section 760.23, Florida Statutes, Plaintiffs have suffered harm.

## REQUEST FOR RELIEF AND TRIAL BY JURY

WHEREFORE, Plaintiffs demand a jury trial on all issues so triable. Plaintiffs respectfully request this Court enter a judgment against Defendant in favor of Plaintiffs on all counts in the Complaint and the following:

1.    An injunction against Defendant requiring approval of the Request submitted by Plaintiffs to Defendant September 7, 2021.

2.    An award of compensatory damages to be determined at trial;

3.      An order imposing punitive damages against Defendant;

4.      An award of attorney's fees and costs in accordance with 42 U.S.C. §

3613 and Section 760.35, Florida Statutes;

5.      Such other relief as the Court deems just and appropriate.


RESPECTFULLY SUBMITTED this _19th_ day of April, 2022.

By: _____
Christina Harris Schwinn, Esq.
Florida Bar No. 898732
PAVESE LAW FIRM
*Counsel for Plaintiffs*
Post Office Drawer 1507
Fort Myers, Florida 33901
Telephone: (239) 334-2195
Telecopier: (239) 332-2243
ChristinaSchwinn@PaveseLaw.com
IreneKreutzer@PaveseLaw.com

Linda Doggett Lee County CLERK of Court Filed 04/06/22 INST# ... PageID
$35.50 Deputy Clerk LESPOSITO

EXHIBIT

**A**

tabbies

Prepared by and when recorded return to:

Wendy Morris, Esquire
MORRIS LAW OFFICES, LLC
3541 Bonita Bay Blvd Ste 100
Bonita Springs, Florida 34134

**Property Appraiser's Parcel Identification
No.: 16-47-25-B3-0090A.0170**

(Space above this line reserved for recording office use only)

## WARRANTY DEED

**THAT DENNIS H. PELLICCI and DENE J. PELLICCI,** Husband and Wife (hereinafter referred to collectively as "Grantor"), who have a post office address of 3450 Twinberry Court, Bonita Springs, Lee County, Florida 34134, for and in consideration of the sum of TEN and NO/100 DOLLARS ($10.00) in cash and other good and valuable consideration, the receipt of which is hereby acknowledged, in hand paid by DENNIS H. PELLICCI and DENE J. PELLICCI, Co-Trustees (such Trustees hereinafter collectively referred to as "Grantee") of the DENNIS AND DENE PELLICCI REVOCABLE TRUST (the "Trust"), such Grantee having a post office address of 3450 Twinberry Court, Bonita Springs, Lee County, Florida 34134, and such Trust having been established under that certain revocable living trust agreement dated the 8th day of May, 2018, all by and between DENNIS H. PELLICCI and DENE J. PELLICCI, as Grantors and as Co-Trustees, have GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and CONVEY unto Grantee, all of Grantor's interest in and to the real property together with all improvements situated thereon described on the attached Exhibit "A" (such interest is hereinafter referred to as "Subject Property").

Full power and authority are conferred upon Grantee, as trustee, to protect, conserve, sell, convey, lease, grant, mortgage and encumber all interests in the Subject Property conveyed by this instrument, and otherwise to manage and dispose of those interests, it being the intent of Grantor to vest in the trustee of the Trust full rights of ownership as authorized by Section 689.071 of the Florida Statutes.

The terms of the Trust provide for the present possessory right of possession of any homestead property in accordance with the Department of Revenue Rule 12D-7.011 and this deed will be recorded in compliance with Section 196.031(1) of the Florida Statutes, thereby entitling

1

any real property transferred to the Trust to homestead exemption status if all of the requirements are met.

This Warranty Deed was prepared without the benefit of title examination, legal opinion of title or title insurance.

Grantor does hereby convey the Subject Property together with all rights, titles and interests of Grantor in and to any roads, easements, streets and rights-of-way within, adjoining, adjacent or contiguous to the Subject Property, and all condemnation awards, reservations and remainders, and together with each and every right, privilege, tenement, hereditament and appurtenance in anywise incident or appertaining to the Subject Property. The term Subject Property shall refer to and include the property described in this paragraph.

The conveyance made hereby, and the warranties made hereunder, are made by Grantor and accepted by Grantee subject to the following matters, to the extent same are in effect at this time: any and all restrictions, covenants, conditions, liens, encumbrances, reservations, easements, and other exceptions to title, if any, relating to the Subject Property, but only to the extent they are still in force and effect and shown of record in Lee County, Florida, and to all zoning laws, regulations and ordinances of municipal and/or other governmental or quasi-governmental authorities, if any, relating to the Subject Property and to all matters which would be revealed by an inspection and/or a current survey of the Subject Property.

TO HAVE AND TO HOLD the Subject Property in Fee Simple forever, to the extent conveyed hereby, subject to the terms and provisions contained herein, together with all and singular the rights and appurtenances thereto in anywise belonging unto Grantee and Grantee's heirs, personal representatives, executors, administrators, successors and assigns forever; and Grantor does hereby bind Grantor and Grantor's heirs, personal representatives, executors, administrators, successors and assigns to warrant and forever defend all and singular the Subject Property, to the extent conveyed hereby, unto Grantee and Grantee's heirs, personal representatives, executors, administrators, successors and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof.

Following the conveyance made by this deed, the DENNIS AND DENE PELLICCI REVOCABLE TRUST, dated the 8th day of May, 2018, which is a revocable living trust, shall own all of the Subject Property.

The Subject Property is the homestead real property of the Grantors/Grantees (Trustees).

Taxes for the current year have been prorated and are assumed by Grantee.

**THIS WARRANTY DEED IS EXECUTED** in the presence of the subscribing witnesses on the 8th day of May, 2018, at Lee County, Florida, by:

_____
**DENNIS H. PELLICCI, Grantor**

_____
**DENE J. PELLICCI, Grantor**

**WITNESSES AS TO BOTH GRANTORS:**

_____
**LIBBY R. DAVIS, Witness**

_____
**KERI-LYNN KUHN, Witness**

| STATE OF FLORIDA | § |
| | § |
| COUNTY OF LEE | § |

The foregoing Warranty Deed was acknowledged before me, the undersigned authority, by **DENNIS H. PELLICCI**, Grantor, who is personally known to me to be the person whose name is subscribed to the foregoing instrument as Grantor, and by **DENE J. PELLICCI**, Grantor, who is personally known to me to be the person whose name is subscribed to the foregoing instrument as Grantor.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on the 8th day of May, 2018.

_____
**WENDY MORRIS, ESQUIRE**
Notary Public, State of Florida

WENDY S MORRIS
Notary Public - State of Florida
Commission # FF 227957
My Comm. Expires Aug 28, 2019
Bonded through National Notary Assn.

3

## EXHIBIT "A"

Lot 17, Block A, of that certain subdivision known as PELICAN LANDING, UNIT 9, according to the map or plat thereof on file and recorded in the office of the Clerk of the Circuit Court of LEE County, Florida, in Plat Book 49, page(s) 99 – 102.

RECEIVED  11/22/2021 12:44PM

Nov 22 21. 04:45p        GCBS&YM/Formula Boats                    239-405-7488

EXHIBIT

B

COMPOSITE



# Pelican Landing Community Association
## REQUEST FOR DESIGN REVIEW

Pelican Landing Community Association
Attn: Aaron Weik, Dir. Covenant Enforcement
24501 Walden Center Drive
Bonita Springs, FL 34134
Telephone (239) 947-5977; ext. 202
Email aaron@pelicanlanding.com

**DEADLINE: Requests must be submitted via email or hand delivery to the PLCA Office by 5:00 p.m. on the Thursday BEFORE the Design Review Committee (DRC) meeting which is held the second Thursday of each month.**

Date of Request _09-07-21_          Anticipated Completion Date _____

Homeowner Name _Dennis Pellicci_

Mailing Address _3450 Twinberry Ct. Bonita Springs, FL, 34134_

Phone _____          Mobile Phone _____

Email _____

Pelican Landing Property Address _3450 Twinberry CT_

Neighborhood _Lakemont_

Homeowner Signature _[signature]_

*Requests from Homeowners in neighborhoods with a Condo or Homeowner Association must be approved by their Board of Directors and signed by an authorized individual (generally a Board member or property manager)*

Approved by the Neighborhood Board of Directors          Date _____

By (signature) _____

Print Name _____          Title _____

## NO WORK MAY COMMENCE UNTIL WRITTEN APPROVAL IS RECEIVED FROM PLCA

- The Homeowner is responsible for applying for and meeting all ordinances and permitting required by relevant governmental agencies. The homeowner is responsible for any damage done to PLCA property.
- Submission of this application grants the DRC and the PLCA staff access to your property to inspect the exterior changes. Samples and tree marking ribbons should be easily located and visible for inspection when the Request is submitted through the date of the DRC meeting.
- Roof tile and paver samples should be submitted with Request at the PLCA Community Center
- Please contact Aaron Weik, Dir. Covenant Enforcement, at the PLCA office (239) 947-5977, ext. 202 with any questions to avoid potential delays in considering your Request
- If you have not received a letter of approval or denial within ten days after the monthly DRC meeting, please contact PLCA.

Please checkmark each category that requires approval; complete all required information; attach required documents, specifications, photos and sketches; submit samples as required.

☐      **Landscaping Changes**

Required: A landscaping plan or marked up photo indicating all changes to the current landscaping. This includes material being removed, replaced, relocated or added and should specify specific plant names, sizes, quantities and location for new and relocated plant material. Include a "before" photo.

☐      **Tree Removal/Relocation**

*Please review Policy 300.05 "Applications to Remove Mature Trees" (                )*
*which is on the website and details the information required for tree removal*
*requests.*

Required: Written opinion letter from a registered landscape architect or certified arborist

Required: Tree(s) to be removed must be marked with a colorful ribbon around the trunk as of the date of Request through the DRC meeting. Photos are helpful.

Required: Replacement plan – a drawing or sketch indicating the location of tree(s) to be removed and the approximate height, type and location of the replacement tree(s)

☐      **Exterior Painting (including same color)**

Required: **A 2 ft. x 3 ft. sample of each color painted on the front or side of the house with each sample labeled either by name or by location (walls, trim, garage, etc.)**

List color number, color name and paint brand for:

Walls          _____

Trim/banding _____

Garage        _____

Front Door    _____

Location of the paint samples _____

☐      **Exterior Lighting**

Required: Photo of house/yard with new lighting locations marked.

Required: Photo/spec sheet with size specifications and picture of new fixture(s)

Manufacturer_____ Style #, Name _____

RECEIVED  11/22/2021 12:44PM

Nov 22 21. 04:46p      GCBS&YM/Formula Boats                    239-405-7488                    p.4

☐   **<u>Roof Tiles</u>**

Required:  A clear color photo of the home including roof and driveway, avoiding shadows that make it difficult to determine existing colors

Required:  Sample of new roof tile delivered with the Request to the Community Center

Tile Manufacturer   _____

Material/Style        _____

Color/Blend Name   _____


☐   **<u>Driveways, Walkways and Parking Area Pavers</u>**

*Pavers or textured finish is preferred and may be required – check neighborhood covenants.*

Required:  A clear color photo of the home including roof and driveway, avoiding shadows that make it difficult to determine existing colors

Required:  A sample of paver material or finish delivered with the Request to the Community Center

Manufacturer        _____

Material/Style        _____

Color # and Name   _____


☐   **<u>Replacement Windows, Sliding Doors, Pool Cages, Lanai Enclosures</u>**

Required:  A "before" photo and drawings, specs, descriptions pertinent to any changes.  Pool cages and lanai enclosures must be same footprint.  If the footprint is changing, use the "Additions, Alterations, Modifications" section on the next page.

Frame Color:    Bronze _____   Other_____(name of color)

Location(s) _____

_____

Manufacturer _____

*Reflective glass or foil window coverings are not permitted.  Replacement windows should specify color and nature of any tinting.*


☐   **<u>Shutters</u>**

Required:  Photo or sketch indicating location for shutters

Required:  Specifications for shutters including manufacturer, color, dimensions, style and an illustration or photo of the proposed shutters

## Walls

Required: Drawings with detailed dimensions, color, style and material; plot plan or survey indicating property lines and setbacks if near property lines

## Generators/Fuel Tanks (new and replacement)

*All mechanical equipment must be screened, preferably with low walls softened by landscaping or plant material of sufficient quantity, size, height and density at the time of planting to make the equipment invisible from the street, neighbors and golf course. Tanks larger than 24 gallons (100 lbs.) and 48" in height must be buried.*

Required: Detailed specifications indicating the type, color and size of equipment along with a professional site plan indicating all setback and property lines and the location of proposed equipment.

Required: Details of wall or landscape plan to fully screen the equipment

## Solar Collectors/Satellite Dishes

Required: A detailed plan and specs indicating the manufacturer, size, color and nature of the proposed equipment along with the proposed location indicated in the plan, sketch or photo

## Additions, Alterations, Modifications (House, Lanai, Pool Cage)

Required: Detailed professional drawings with all dimensions, elevations, material lists, color details, plot plan including setbacks and easements.

Required: Photos of area where work is proposed and landscaping plans for areas of work

Required: *For significant construction or home expansion, Homeowner should consult with PLCA Dir. Covenant Enforcement for more detailed information about PLCA architectural standards, design/build guidelines, security bonds, fees and other information required for approval. Expansions greater than 5% are not permitted unless they meet the standards for, and are approved as, a variance.*

## Other Requests

Required: A detailed description of what is being requested including any pertinent information such as manufacturer, dimensions, color, material, location and photos

RECEIVED   11/22/2021  12:44PM

Nov 22 21, 04:46p        GCBS&YM/Formula Boats          239-405-7488                p.6



RECEIVED  11/22/2021 12:44PM

Nov 22 21, 04:46p      GCBS&YM/Formula Boats                    239-405-7488                    p.7



Nov 22 21, 04:47p        GCBS&YM/Formula Boats                     239-405-7488                          p.8





*FRONT ELEVATION*

OR BK 03272  PG 2134

## VII.   PLANNING & DESIGN CRITERIA

**SETBACKS** — Before preparing Preliminary Concept Plans, the owner/builder should contact the WCI Planning Director for an accurate plot map and its specific setback requirements including information on easements, rights-of-way etc. The builder is responsible for verifying location(s) of all recorded easements.

**Minimum setback requirements** for a detached residence on a *single-family* homesite are established by separate recorded documents for each neighborhood. Obtain copies from Pelican Landing Properties; and see neighborhood guidelines at back of this exhibit.

Upon the prior written approval of the DRC, minimal screens or walls for privacy, and enclosures for mechanical equipment may be erected within side and/or rear setback lines provided it can be completed without encroaching upon an easement.

**Minimum setback requirements** for *multi-family* parcels shall be as approved at the Final Plan stage.

## MINIMUM/MAXIMUM FINISHED FLOOR LEVELS

**LEVELS** — The DRC must approve minimum finished floor elevations for each homesite. Generally, the maximum allowable finished floor elevation of the main living space for a home will be eighteen inches (18") above the crown of the road; and the minimum allowable finished floor elevation will be that established by Southwest Florida Water Management District. Relevant figures are available at the WCI Planning Office.

Care must be taken to handle surface water runoff. The homesite or parcel area must be graded to provide a positive drainage pattern leading to one

or more of the property lines subject to the DRC's approval.

No drainage may be directed to golf course property unless the DRC has granted specific written approval. Building grades relative to street elevations must be indicated on Final Construction Plans and approved by the DRC. Such plans should take into account the extent and effect of backfill and landscape grades and DRC drainage requirements for the homesite. Plans must show existing and proposed elevations of:

( ) Adjacent centerline of road,
( ) Garage slab level,
( ) Lowest finished floor level,
( ) Patio level(s), and
( ) Drainage/grade at property lines.

Builders are responsible for adherence to codes, ordinances, etc., and for providing positive drainage for the homesite.

**BUILDING SIZE** — The minimum size of dwelling units permitted is determined by WCI on an individual basis. The requirements are stated within the Neighborhood Supplemental Covenants and are based on the total air-conditioned space. See neighborhood guidelines at back of this exhibit.

**BUILDING HEIGHT** — is the vertical distance measured from the finished grade of the lot or the minimum base flood elevation, whichever is greater, to the mean height level between eaves and ridge of gable, hip and gambrel roofs. See neighborhood supplements for requirements.

**ELEVATIONS** — The architectural character of the residence should be carried through on all sides of any structure.

OR BK 03272   PG 2151

## LAKEMONT (cont.)

**Setbacks**
Front Lot Line:
    From R.O.W. to front wall        25 feet

One-story Home:
    Side lot lines* to wall          7 ½ feet

Two-story Home:
    Side lot lines* to wall          10 feet
*Four-sided corner lots have two front 25 feet
setbacks and two side setbacks of 7 ½ feet (one
story) or 10 feet (two story).

Rear Lot Line to Wall:               20 feet

Rear Lot Line to Pool
Screen Enclosure:                    10 feet

**Building Size**
    1900 square feet minimum

**Building Height**
    30 feet maximum

The Lakemont community character will
be complemented by homes which
maintain equilibrium with their
environment, yet express individuality
within the overall subdued palette of
materials and colors.

Using consistent design and finish, the
few builders invited to participate in
Lakemont should be able to help
produce a beautifully unique and
desirable community.





# Pelican Landing Community Association

## REQUEST FOR DESIGN REVIEW

Pelican Landing Community Association
Attn: Aaron Welk, Dir. Covenant Enforcement
24501 Walden Center Drive
Bonita Springs, FL 34134
Telephone (239) 947-5977; ext. 202
Email aaron@pelicanlanding.com

**DEADLINE: Requests must be submitted via email or hand delivery to the PLCA Office by 5:00 p.m. on the Thursday BEFORE the Design Review Committee (DRC) meeting which is held the second Thursday of each month.**

Date of Request _09-07-21_        Anticipated Completion Date _____

Homeowner Name _Dennis Pellicci_

Mailing Address _3450 Twinberry Ct. Bonita Springs, FL, 34134_

Phone _____        Mobile Phone _____

Email _____

Pelican Landing Property Address _3450 Twinberry CT_

Neighborhood _Lakemont_

Homeowner Signature _____

*Requests from Homeowners in neighborhoods with a Condo or Homeowner Association must be approved by their Board of Directors and signed by an authorized individual (generally a Board member or property manager)*

Approved by the Neighborhood Board of Directors        Date _____

By (signature) _____

Print Name _____        Title _____

## NO WORK MAY COMMENCE UNTIL WRITTEN APPROVAL IS RECEIVED FROM PLCA

- The Homeowner is responsible for applying for and meeting all ordinances and permitting required by relevant governmental agencies. The homeowner is responsible for any damage done to PLCA property.

- Submission of this application grants the DRC and the PLCA staff access to your property to inspect the exterior changes. Samples and tree marking ribbons should be easily located and visible for inspection when the Request is submitted through the date of the DRC meeting.

- Roof tile and paver samples should be submitted with Request at the PLCA Community Center.

- Please contact Aaron Welk, Dir. Covenant Enforcement, at the PLCA office (239) 947-5977, ext. 202 with any questions to avoid potential delays in considering your Request

- If you have not received a letter of approval or denial within ten days after the monthly DRC meeting, please contact PLCA.

RECEIVED  11/22/2021 12:44PM

Nov 22 21, 04:49p        GCBS&YM/Formula Boats                    239-405-7488                    p.13

Please checkmark each category that requires approval; complete all required information; attach required documents, specifications, photos and sketches; submit samples as required.

☐    Landscaping Changes

Required: A landscaping plan or marked up photo indicating all changes to the current landscaping. This includes material being removed, replaced, relocated or added and should specify specific plant names, sizes, quantities and location for new and relocated plant material. Include a "before" photo.

☐    Tree Removal/Relocation

*Please review Policy 300.05 "Applications to Remove Mature Trees" (                    ) which is on the website and details the information required for tree removal requests.*

Required: Written opinion letter from a registered landscape architect or certified arborist

Required: Tree(s) to be removed must be marked with a colorful ribbon around the trunk as of the date of Request through the DRC meeting. Photos are helpful.

Required: Replacement plan — a drawing or sketch indicating the location of tree(s) to be removed and the approximate height, type and location of the replacement tree(s)

☐    Exterior Painting (including same color)

Required: **A 2 ft. x 3 ft. sample of each color painted on the front or side of the house with each sample labeled either by name or by location (walls, trim, garage, etc.)**

List color number, color name and paint brand for:

Walls        _____

Trim/banding _____

Garage       _____

Front Door   _____

Location of the paint samples _____

☐    Exterior Lighting

Required: Photo of house/yard with new lighting locations marked.

Required: Photo/spec sheet with size specifications and picture of new fixture(s)

Manufacturer_____  Style #, Name _____

RECEIVED  11/22/2021 12:44PM

☐   **Roof Tiles**

Required:  A clear color photo of the home including roof and driveway, avoiding shadows that make it difficult to determine existing colors

Required:  Sample of new roof tile delivered with the Request to the Community Center

Tile Manufacturer   _____

Material/Style       ___  _____

Color/Blend Name    _____

☐   **Driveways, Walkways and Parking Area Pavers**

*Pavers or textured finish is preferred and may be required – check neighborhood covenants.*

Required:  A clear color photo of the home including roof and driveway, avoiding shadows that make it difficult to determine existing colors

Required:  A sample of paver material or finish delivered with the Request to the Community Center

Manufacturer        _____

Material/Style       _____

Color # and Name    _____

☐   **Replacement Windows, Sliding Doors, Pool Cages, Lanai Enclosures**

Required:  A "before" photo and drawings, specs, descriptions pertinent to any changes. Pool cages and lanai enclosures must be same footprint. If the footprint is changing, use the "Additions, Alterations, Modifications" section on the next page.

Frame Color:    Bronze _____   Other_____(name of color)

Location(s) _____

_____

Manufacturer _____

*Reflective glass or foil window coverings are not permitted.  Replacement windows should specify color and nature of any tinting.*

☐   **Shutters**

Required:  Photo or sketch indicating location for shutters

Required:  Specifications for shutters including manufacturer, color, dimensions, style and an illustration or photo of the proposed shutters

☐  **Walls**

Required:  Drawings with detailed dimensions, color, style and material; plot plan or survey indicating property lines and setbacks if near property lines

☐  **Generators/Fuel Tanks (new and replacement)**

*All mechanical equipment must be screened, preferably with low walls softened by landscaping or plant material of sufficient quantity, size, height and density at the time of planting to make the equipment invisible from the street, neighbors and golf course. Tanks larger than 24 gallons (100 lbs.) and 48" in height must be buried.*

Required:  Detailed specifications indicating the type, color and size of equipment along with a professional site plan indicating all setback and property lines and the location of proposed equipment.

Required:  Details of wall or landscape plan to fully screen the equipment

☐  **Solar Collectors/Satellite Dishes**

Required:  A detailed plan and specs indicating the manufacturer, size, color and nature of the proposed equipment along with the proposed location indicated in the plan, sketch or photo

☒  **Additions, Alterations, Modifications (House, Lanai, Pool Cage)**

Required:  Detailed professional drawings with all dimensions, elevations, material lists, color details, plot plan including setbacks and easements.

Required:  Photos of area where work is proposed and landscaping plans for areas of work

Required:  *For significant construction or home expansion, Homeowner should consult with PLCA Dir. Covenant Enforcement for more detailed information about PLCA architectural standards, design/build guidelines, security bonds, fees and other information required for approval. Expansions greater than 5% are not permitted unless they meet the standards for, and are approved as, a variance.*

☐  **Other Requests**

Required:  A detailed description of what is being requested including any pertinent information such as manufacturer, dimensions, color, material, location and photos

## Dennis Pellicci DRC Request

Mr. Pellicci is requesting an additional garage with a second story living space for a 24/7 healthcare worker to live on his property and attend his medical needs. He is also replacing his entire existing roof at the same time and it will be the exact same roof as exists currently. The roof tile, paint color, and paver will match all of the existing material.

**EXHIBIT**

C



# Pelican Landing Community Association, Inc.

24501 Walden Center Drive, Bonita Springs, FL  34134
(239) 947-5977 FAX (239) 947-3606

October 18ᵗʰ, 2021

Dennis Pellicci
3450 Twinberry Court
Bonita Springs, FL 34134

Re:            Pelican Landing Community Association Homeowner Documents
               Design Review Committee Approval – Addition
               3450 Twinberry Court, Bonita Springs, FL  34134

Dear Mr. Pellicci,

The Design Review Committee would like to thank you for submitting your request on September 7ᵗʰ, 2021 as listed below:

- Two Story Addition

Upon review of the information you submitted, your request has been TABLED by the DRC on October 15ᵗʰ, 2021. The purpose for tabling your application is that concerns were expressed that the Lakemont documents require a 10-foot setback from the side property lines for two-story Units. Your plans currently show 8'11 5/6" setback from your side property line. Your contractor shared that he would make an adjustment to the plans in order to make the Unit fit within the required setback. Please make certain these new plans are received by our office prior to 5:00 PM on the Thursday before to the meeting. These new planes will be discussed at the next DRC Meeting which is scheduled for Thursday, November 11ᵗʰ at 9:00 AM.

Should you have any questions, please feel free to contact the association office at (239) 947-5977 x 205.

Sincerely,

*Mark Puthoff*

Mark Puthoff, CAM
Assistant Manager
Pelican Landing Community Association, Inc.

Cc: Design Review Committee

EXHIBIT

D

**JoAnn Nesta Burnett, Esq.**
**Senior Attorney**
**Board Certified in Condominium and Planned**
**Development Law**
**Phone: (954) 985-4192  Fax: (954) 985-4176**
**jburnett@beckerlawyers.com**

**Becker & Poliakoff**
**1 East Broward Blvd., Suite 1800**
**Ft. Lauderdale, FL 33301**

# Becker

November 12, 2021

**VIA E-MAIL:**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**
**NO.: 9414814902370576211648**
**AND U.S. FIRST-CLASS MAIL**
Dennis and Dene Pellicci
3450 Twinberry Court
Bonita Springs, Florida 34134

**Re:    Pelican Landing Community Association, Inc. – Request for Documentation**
**to Support Requested Modification to the Property to Construct a Detached**
**Two Story Structure**

Dear Mr. and Mrs. Pellicci:

Please be advised that this firm has the pleasure of representing **Pelican Landing Community Association, Inc.** (the "Association"). It appears you are requesting a reasonable modification, pursuant to the Florida and federal Fair Housing Acts, to construct a two-story detached structure with a two car garage on the first floor and a private living area on the second floor ("the property"). There is an outside set of stairs leading from the ground level to the private living area. There is also a nine foot breezeway between the existing and proposed structure. In support of this request for a modification to construct a detached two-story structure, your contractor advised that the basis for the request is that it is being built to house a live-in caregiver. There was also mention that you need a garage that is larger in height to permit your van to be housed in a garage. The Association requires documentation from your medical professional establishing the disability related need for this modification. While I understand that you use a wheelchair for mobility, there must be a nexus between what is requested and the disability itself. The Association is not denying the request. Instead,

15885308v.1

www.beckerlawyers.com                                   Florida | New Jersey | New York | Washington, D.C.

Mr. and Mrs. Pellicci
November 12, 2021
Page 2

it is engaging in the interactive process to obtain sufficient information to conduct a meaningful review of this request.

Since this is not a typical request for the Design Review Committee's ("DRC") approval, and since additional information is required in order to conduct a meaningful review of this request, the timeframes within the DRC Guidelines do not apply.

Accordingly, the Association requests that you provide documentation from your medical professional demonstrating that you require a live-in caregiver, 24 hours a day and 7 days a week.  There must also be an explanation as to why the caregiver would be unable to reside in your current home, which appears to have more than sufficient living space for an additional person.  If the caregiver is not required at night, the caregiver would have the ability to go to his/her residence during those hours which would obviate the need for the second story of this detached structure.  It is also my understanding that your current three car garage could be retrofitted to allow your van to be housed inside one of the bays.

As I am sure you are aware, Article XI of the Association's Declaration provides that a Design Review Committee ("DRC") shall be appointed who:

> Shall have exclusive jurisdiction over all original construction on any portion of the Properties and on all modifications, additions, or alterations made on or to any existing structures located on the Properties.

The Association has additional concerns that must be addressed concerning the proposed construction of the two-story detached structure.  First, the plans reflect that the structure would violate the Association's setback restrictions. The Association's Design/Build Guidelines require a 10 foot setback from the wall for all two-story structures.  The plans reflect that the structure would impede the setback in at least two areas.

Article III, entitled GENERAL PROVISIONS, contained in the Ninth Supplement to the Declaration and General Protective Covenants for Pelican Landing (Unit Nine – Lakemont), ("Ninth Supplement"), provides:

15885308v.1

Mr. and Mrs. Pellicci
November 12, 2021
Page 3

## 1. **PROPERTY UNITS**

In accordance with Article 1, Section 34 of the
DECLARATION, DECLARANT hereby assigns one (1)
PROPERTY UNIT to each platted LOT for a total of twenty-
two (22) PROPERTY UNITS assigned to the NEIGHBORHOOD.

The addiiton of this detached two-story structure would create 23 Property Units which
is prohibited.

Article I, Subsection (4) defines a DWELLING UNIT as:

"DWELLING UNIT" shall mean and refer to any residential
unit intended for occupancy by one family or household.

Further, Article II, Section 5(a), addressing Garages, provides, in relevant part, as follows:

## 5.   **GARAGE, CARPORTS AND STORAGE AREAS**

a. No garage shall be erected which is separate from the
DWELLING UNIT.  Each DWELLING UNIT shall have a garage
which shall accommodate no less than two automobiles....

The plans provided to the Association reflect a detached two car garage structure with a
visible outdoor stairway leading to the second story private living space.  There is
absolutely no medical information reflecting the need for a detached structure with a
visible outdoor stairway.  In other words, to the extent you require an addition to the
property, there is no medical explanation that prevents the addition from being
attached to the property with access to the garage and second story from inside the
property.

At this point, neither the Board, nor the DRC, have sufficient information to conduct a
meaningful review of your requested modifications.  Accordingly, the Association
requests that you provide documentation from your medical professional addressing all
of the issues raised in this letter and explaining why the proposed alternatives are not
feasible.  Please keep in mind that a person is entitled to "reasonable modifications", not
to the preferred modification.  The Association is not denying the request.  The

15885308v.1

Mr. and Mrs. Pellicci
November 12, 2021
Page 4


Association is engaging in the interactive process in order to obtain sufficient information to review the request.

We thank you in advance for your anticipated, prompt response and cooperation.

Sincerely,

JoAnn Nesta Burnett
For the Firm


cc:     Board of Directors (via email)
        Kathleen Berkey, Esq. (via email)

15885308v.1





EXHIBIT

E

COMPOSITE

# PAVESE
# LAW FIRM

CHRISTINA HARRIS SCHWINN

Direct Dial: (239) 336-6228
Email: christinaschwinn@paveselaw.com

1833 Hendry Street, Fort Myers, Florida 33901 | P.O. Drawer 1507, Fort Myers, Florida 33902-1507 | (239) 334-2195 | Fax (239) 332-2243

March 24, 2022

**SENT VIA EMAIL**
**jburnett@beckerlawyers.com**

JoAnn Nesta Burnett
Becker and Poliakoff
1 East Broward Blvd, Ste. 1800
Ft. Lauderdale, FL 34134

> Re: Dennis and Dene Pellicci
> 3450 Twinberry Court
> Bonita Springs, FL 34134
> Pelican Landing Community Association, Inc.
> ("Association")

Dear Ms. Burnett:

As you know, our office represents Mr. and Mrs. Pellicci. Previously, my clients submitted an architectural modification request to construct a new garage on their property that included a second floor with a bedroom, kitchen and living area. In response, the Association requested additional information. This correspondence provides the additional information as requested.

Enclosed with this correspondence please find a copy of letter from Mr. Pellicci's doctor in support of his need to be able to have a van that is equipped to house his wheelchair on the top of the roof of his vehicle and the need for a full time caregiver. Additionally, enclosed is a letter from my client's contractor that explains why raising the roof on the existing garage is not only impractical, but cost prohibitive. Revised plans were delivered to the Association's offices earlier this month showing that the area above the garage will only contain a bedroom and a bathroom. The kitchen has been removed. The extra bedroom is needed as Mr. Pellicci needs a full time caregiver. The existing home is not large enough to accommodate the Pellicci's family and a fulltime caregiver.

In its November 12, 2021 letter, the Association states that approval of my client's plans would violate the setback restrictions. Setback restrictions under the Declaration may not be relied upon to deny a request for accommodation based upon a need for same to enjoy use of their property 42 U.S.C §3604(f)(3)(A); §3604 (f)(3)(c).

The Association has acknowledged that my client uses a wheelchair and is fully aware that my client is disabled. The enclosed physician's letter indicates that his condition is deteriorating and he needs a vehicle that can accommodate a wheelchair carrier on the roof of his vehicle and a full

4635 S. DEL PRADO BLVD.
CAPE CORAL, FLORIDA 33904
(239) 542-3148

4524 GUN CLUB ROAD, SUITE 203
WEST PALM BEACH, FLORIDA 33415
(561) 471-1366

Ms. Joann Burnett, Esq.
March 24, 2022
Page 2

time caregiver.

Another stated reason by the Association for questioning my client's building plans is that the garage is detached and only connected by a breezeway. Enclosed please find a picture of another property located at 3650 Heron Pointe, Bonita Springs, Florida 34134 that has a breezeway connecting a structure to the main house. Again, the FHA requires a housing provider to modify its rules and restrictions to accommodate a person with a disability. In this case, the breezeway will not be visible from the street, nor will the garage for that matter. My client's property is at the end of a cul-de-sac. The improvements will not be visible from passersby.

Section 760.23 (9)(b) Florida Statute provides that discrimination includes:

"A refusal to make reasonable accommodations in rules, policies, procedures or services when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling"

Time is of the essence as my client's condition is deteriorating. I trust that the additional information will be sufficient for approval of my client's request and that there will be no additional requests from the Association regarding the need for the requested accommodation as what is being submitted complies with the requirements under the law. If the Association denies this request, my client will have no choice but to pursue his legal remedies.

Should you have any questions regarding the enclosed documentation, please contact my office. Please respond within ten (10) days of the date of this letter.

Very truly yours,

Christina Harris Schwinn

CHS/db
Enclosures as stated

Mar 21 22, 05:30p        GCBS&YM/Formula Boats                 239-405-7488              p.1

COL COLLIER HMA PHYSICIAN MANAGEMENT LLC • 24231 WALDEN CENTER DR STE 100, BONITA SPRINGS FL 34134-5011
PELLICCI, DENNIS H (



# PHYSICIANS REGIONAL
## MEDICAL GROUP

Collier HMA Phys Mgmt
24231 WALDEN CENTER DR STE 100
BONITA SPRINGS, FL 34134-5011
Phone: (239) 348-4221, Fax: 239-947-4439

Date: 03/17/2022

Dennis Pellicci, DOB: (        ), PT ID (            Twinberry Ct, Bonita Springs, 34134

To whom it may concern (HOA):

Patient requires additional assistance with need to install a roof mounted wheelchair carrier as patient's current chronic progressively worsening medical condition which leaves him physically disabled as he has lost the independence to access his own wheelchair.

Given patient's progressively worsening chronic medical condition, he will also require a full time caretaker and thus patient will be in need of an apartment edition to his home in order to house the caretaker whom will be caring for him 24/7 as his wife is physically unable to do so alone.

Sincerely,

Electronically Signed by: MICHAEL IANNIELLO, DO

COL_COLLIER HMA PHYSICIAN MANAGEMENT LLC                    Pellicci, Dennis H    (ID:  6325894),   DOB:
                                                            08/28/1948



**SEAGLASS**
DESIGN & CUSTOM CABINETRY

March 10, 2022

Christina Harris Scwinn
Pavese Law Firm
1833 Hendry Street
Fort Myers, FL. 33902

Dear Christina,

In regards to 3450 Twin Berry, and why it is not feasible to just simply increase the height of the existing garage, the following are my comments:

While anything can be done in construction, there is always a cost to consider.

Denny just completed a re-roof so all that money he spent on the re-roof over the garage wing of the house would be wasted because it would have to be ripped off and put in the trash.

The existing trusses over the garage are not designed to accommodate an uplift beam. So the whole roof would have to be removed and raised.

In order to lift the entire existing garage roof, we would have to remove each individual roof truss carefully for reinstallation, we would then have to store the trusses on site, and then have an engineer certify each roof truss to meet current building code. If we can't find an engineer to certify the trusses then the trusses are unusable and we would have to order new roof trusses. Ordering new roof trusses is a 6 to 9 month lead time. If the trusses, are certified, we would then raise the tie beam 30" over the entire garage area with the exception of the lintel over the existing garage doors. The lintel over the existing garage doors would be removed and new lintels would need to be supplied and installed at the new elevation. The cost to do this prohibitive. It's cheeper to build a whole new garage. Economically it doesn't make sense because you're not adding square footage to the home, so you're not adding recaptured value to the home.

I'll send you a copy of the receipt for the drawings when they are delivered to Pelican Landing.

Sincerely,

Terry Booth
Certified General Contractor

24821 S. Tamiami Trail, Suite 1 | Bonita Springs, FL. 34134 | 239.221.4466 | www.seaglass-design.com







Sent from my iPhone

Confidentiality Note:  The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you receive this communication in error, please notify us immediately by telephone call to (239) 334-2195 and delete the message.  Thank you.

This law firm acts as a debt collector.  This e-mail may be an attempt to collect a debt.  If so, all information obtained will be used for that purpose.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

<u>Confidentiality Note:</u>  The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you receive this communication in error, please notify us immediately by telephone call to (239) 334-2195 and delete the message.  Thank you.

This law firm acts as a debt collector.  This e-mail may be an attempt to collect a debt.  If so, all information obtained will be used for that purpose.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**

<u>Confidentiality Note:</u>  The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.   If you receive this communication in error, please notify us immediately by telephone call to (239) 334-2195 and delete the message.  Thank you.

This law firm acts as a debt collector.  This e-mail may be an attempt to collect a debt.  If so, all information obtained will be used for that purpose.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**